R. BRIAN DIXON, Bar No. 076247
JOHN C. KLOOSTERMAN, Bar No. 182625
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:   415.433.1940
Facsimile:    415.399.8490
E-mail: bdixon@littler.com
           jkloosterman@littler.com

Attorneys for Defendant
RELIABLE TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to FRCP 23 and 29 U.S.C. § 216, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>RELIABLE TRUCKING, INC.,<br><br>Defendant. | Case No.  C06-05206 MHP<br><br>**STIPULATED REQUEST AND (PROPOSED) ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION**<br><br>**[U.S.D.C. N.D. L.R. 6-1(b); 6-2(a); 7-12]**<br><br>Complaint Filed:  August 24, 2006 |

       Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, the parties to this action agreed to participate in private mediation and stipulated to hold the mediation by March 1, 2007.  On December 20, 2006, the Court entered an order referring the case to mediation and setting March 1, 2007 as the deadline to complete mediation.  The Court also set a Case Management Conference for March 19, 2007 at 3:00 p.m.

       After exchanging names of proposed mediators, the parties selected John Kagel as the mediator.  Because of scheduling issues, the parties and Mr. Kagel were unable to select a mediation date falling before March 1, 2007.  Instead, the earliest available date that worked for everyone is May 8, 2007, and the parties have agreed to mediate this matter on that date.

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

**STIPULATED REQUEST**                                                                                    (CASE NO. C06-05206 MHP)

This is the first request the parties have made to extend the mediation deadline. The trial date for this matter has not been set and the requested time modification will not affect the case schedule.

Accordingly, the parties hereby stipulate to extend the mediation deadline from March 1, 2007 to <u>May 15, 2007</u>. The parties also request that the Court set a further Case Management Conference for June 4, 2007 at 3:00 p.m. The parties will submit to the Court a supplemental Joint Case Management Conference Statement by May 21, 2007.

IT IS SO STIPULATED:

Dated: February 21, 2007

/s/
JOHN C. KLOOSTERMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
RELIABLE TRUCKING, INC.

Dated: February 21, 2007

/s/
JASON RABINOWITZ
BEESON, TAYER & BODINE, APC
Attorneys for Plaintiffs
JESSE YBARRA, JAIME GUIDO,
BILL CHIVERS, and DARREN FEDORFF

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 2/23/2007

THE HONORABLE MARILYN H. PATEL
United States District Judge

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

Firmwide:81521243.2 050418.1002
DRAFT

**STIPULATED REQUEST** 2. (CASE NO. C06-05206 MHP)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940