R. BRIAN DIXON, Bar No. 076247
JOHN C. KLOOSTERMAN, Bar No. 182625
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA  94108.2693
Telephone:    415.433.1940
Facsimile:     415.399.8490
E-mail: bdixon@littler.com
         jkloosterman@littler.com

Attorneys for Defendant
RELIABLE TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to FRCP 23 and 29 U.S.C. § 216, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>RELIABLE TRUCKING, INC.,<br><br>Defendant. | Case No.  C06-05206 MHP<br><br>**SECOND STIPULATED REQUEST AND (~~PROPOSED~~) ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO COMPLETE MEDIATION**<br><br>**[U.S.D.C. N.D. L.R. 6-1(b); 6-2(a); 7-12]**<br><br>Complaint Filed:  August 24, 2006 |

Pursuant to Civil Local Rule 16-8 and ADR Local Rule 3-5, the parties to this action originally agreed to participate in private mediation and stipulated to hold the mediation by March 1, 2007.  On December 20, 2006, the Court entered an order referring the case to mediation and setting March 1, 2007[1] as the deadline to complete mediation.  The Court also set a Case Management Conference for March 19 at 3:00 p.m.

After exchanging names of proposed mediators, the parties selected John Kagel as the mediator.  Because of scheduling issues, the parties and Mr. Kagel were unable to select a mediation date falling before March 1.  Instead, the earliest available date that worked for everyone was May 8

---

[1] All dates hereafter are 2007 unless otherwise noted.

**STIPULATED REQUEST** (CASE NO. C06-05206 MHP)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

1  and the parties agreed to mediate the matter on that date. Accordingly, on February 23, this Court
2  ordered that the mediation be completed by May 15 and ordered a Case Management Conference for
3  June 4.
4      Unfortunately, the parties were unable to keep the May 8 date. Because of Mr.
5  Kagel's busy schedule, his next available date that works for the parties is July 20.
6      This is the second request the parties have made to extend the mediation deadline.
7  The trial date for this matter has not been set and the requested time modification will not affect the
8  case schedule.
9      Accordingly, the parties hereby stipulate to extend the mediation deadline from May
10 15, 2007 to August 1, 2007. The parties also request that the Court set a further Case Management
11 Conference for August 27, 2007 at 3:00 p.m. The parties will submit to the Court a supplemental
12 Joint Case Management Conference Statement by August 13, 2007.
13 IT IS SO STIPULATED:

Dated: May 18, 2007

/s/
JOHN C. KLOOSTERMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
RELIABLE TRUCKING, INC.

Dated: May 18, 2007

/s/
JASON RABINOWITZ
BEESON, TAYER & BODINE, APC
Attorneys for Plaintiffs
JESSE YBARRA, JAIME GUIDO,
BILL CHIVERS, and DARREN FEDORFF

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: May 21, 2007

THE HONORABLE MARILYN H. PATEL
United States

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATED REQUEST**  2.  (CASE NO. C06-05206 MHP)

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940