JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA 95814
Telephone:    916.325.2100
Facsimile:    916.325.2120
Email:        jrabinowitz@beesontayer.com; ckerestenzis@beesontayer.com

Attorneys for Plaintiffs
JESSE YBARRA, JAIME GUIDO,
BILL CHIVERS, and DARREN FEDORFF


JOHN C. KLOOSTERMAN, SBN 182625
**LITTLER MENDELSON, P.C.**
650 California Street, 20th Floor
San Francisco, CA 94108-2693
Telephone:    415.433.1940
Facsimile:    415.399.8490
Email:        jkloosterman@littler.com

Attorneys for Defendant
RELIABLE TRUCKING, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS, and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. § 216, and on behalf of the General Public,<br><br>                    Plaintiffs,<br><br>v.<br><br>RELIABLE TRUCKING, INC., a California corporation,<br><br>                    Defendant. | Case No. C 06-05206 MHP (ADR)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

---

**Stipulation; Order**
Case No.C 06-05206 MHP (ADR)
67049.doc

SUBJECT TO APPROVAL OF THIS COURT, the parties respectfully request that the Court continue the Case Management Conference (CMC) currently set for August 27, 2007 to September 17, 2007 or sometime thereafter. The parties contend there is good cause for this request as follows: The CMC was originally set for August 27, 2007, as the parties had a deadline to conduct Mediation in this matter by that time, and the CMC would have been used as an opportunity by the parties to discuss the scheduling of the case if attempts to settle failed.

As the date for the Mediation approached the parties engaged in extensive settlement discussions and came very close to an agreement. As a result, the parties jointly agreed to cancel the scheduled Mediation so as to not unnecessarily increase expense in this matter. Since then, the parties have continued their settlement discussions and are very close to reaching a final settlement. The parties are thus requesting a short continuance of the CMC in order to complete the negotiations, and to not waste the Court's time.

The above request for a continuance is not being brought for any improper purpose nor should any party be prejudiced by the continuance.

Date: August 9, 2007

Respectfully submitted,

BEESON, TAYER & BODINE, APC

By: _____/s/_____
COSTA KERESTENZIS
Attorneys for Plaintiffs

Date: August 9, 2007

Respectfully submitted,
LITTLER MENDELSON, P.C.

By: _____/s/_____
JOHN C. KLOOSTERMAN
Attorneys for Defendant

**Stipulation; Order**
Case No.C 06-05206 MHP (ADR)
67049.doc

1  **IT IS SO ORDERED.** The CMC is rescheduled to September 17, 2007 at 3:00 p.m., with a joint CMC
2  CMC Statement to be filed on or before September 10, 2007.

Date: August 10, 2007

MARILYN HALL PATEL
United States District Court Judge

*IT IS SO ORDERED — Judge Marilyn H. Patel [signature stamp, United States District Court, Northern District of California]*

**Stipulation; Order**
Case No. C 06-05206 MHP (ADR)
67049.doc