R. BRIAN DIXON, Bar No. 076247
JOHN C. KLOOSTERMAN, Bar No. 182625
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: bdixon@littler.com
jkloosterman@littler.com

Attorneys for Defendant
RELIABLE TRUCKING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to FRCP 23 and 29 U.S.C. § 216, and on behalf of the general public,<br><br>Plaintiff,<br><br>v.<br><br>RELIABLE TRUCKING, INC.,<br><br>Defendant. | Case No. C06-05206 MHP<br><br>**NOTICE OF PENDING SETTLEMENT; [PROPOSED] ORDER VACATING STATUS CONFERENCE**<br><br>Complaint Filed: August 24, 2006 |

      On September 17, 2007, this Court held a status conference in this matter. At that time, the parties notified the Court that settlement was imminent. In response, this Court set a further status conference for October 1, 2007 at 3:00 p.m. but asked the parties to notify the Court if the matter settled and indicated the further status conference would be unnecessary if the parties settled the case beforehand. On September 27, counsel for the parties agreed on settlement terms.

      Accordingly, the parties hereby request that the Court vacate its Order setting a further status conference for October 1, 2007. The parties agree and stipulate that they will file the appropriate settlement papers with this Court by October 22, 2007.

STIPULATED REQUEST                                              (CASE NO. C06-05206 MHP)

1  IT IS SO STIPULATED:

3  Dated: September 28, 2007

/s/
JOHN C. KLOOSTERMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
RELIABLE TRUCKING, INC.

8  Dated: September 28, 2007

/s/
JASON RABINOWITZ
BEESON, TAYER & BODINE, APC
Attorneys for Plaintiffs
JESSE YBARRA, JAIME GUIDO,
BILL CHIVERS, and DARREN FEDORFF

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/1/2007

THE HONORABLE MARILYN H. PATEL
United States District

Firmwide:83168078.1 050418.1002
DRAFT

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST    2.    (CASE NO. C06-05206 MHP)