R. BRIAN DIXON, Bar No. 076247
JOHN C. KLOOSTERMAN, Bar No. 182625
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone: 415.433.1940
Facsimile: 415.399.8490
E-mail: bdixon@littler.com
        jkloosterman@littler.com

Attorneys for Defendant
RELIABLE TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to FRCP 23 and 29 U.S.C. § 216, and on behalf of the general public, <br><br> Plaintiff, <br><br> v. <br><br> RELIABLE TRUCKING, INC., <br><br> Defendant. | Case No. C06-05206 MHP <br><br> STIPULATED REQUEST AND ~~(PROPOSED)~~ ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE SETTLEMENT DOCUMENTS <br><br> [U.S.D.C. N.D. L.R. 6-1(b); 6-2(a); 7-12] <br><br> Complaint Filed: August 24, 2006 |

On September 28, 2007, the parties notified the Court that they had agreed to settlement terms and would file the appropriate settlement documents with the Court by October 22, 2007. The parties agreed that counsel for Defendant would prepare the documents. Due to the press of business, counsel for Defendant has been unable to complete the necessary documents.

This is the first request the parties have made to extend the deadline. The requested time modification will not affect the case schedule as there are no currently scheduled events.

\ \ \

\ \ \

\ \ \

Accordingly, the parties hereby stipulate to extend the deadline for filing settlement papers to from October 22, 2007 to November 9, 2007.

IT IS SO STIPULATED:

Dated: October 19, 2007

/s/
JOHN C. KLOOSTERMAN
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
RELIABLE TRUCKING, INC.

Dated: October 19, 2007

/s/
COSTA KERESTENZIS
BEESON, TAYER & BODINE, APC
Attorneys for Plaintiffs
JESSE YBARRA, JAIME GUIDO,
BILL CHIVERS, and DARREN FEDORFF

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 10/23/2007

THE HONORABLE MARILYN H. PATEL
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

**STIPULATED REQUEST**          2.          (CASE NO. C06-05206 MHP)