R. BRIAN DIXON, Bar No. 076247
JOHN C. KLOOSTERMAN, Bar No. 182625
LITTLER MENDELSON
A Professional Corporation
650 California Street, 20th Floor
San Francisco, CA 94108.2693
Telephone:     415.433.1940
Facsimile:     415.399.8490
E-mail: bdixon@littler.com
           jkloosterman@littler.com

Attorneys for Defendant
RELIABLE TRUCKING, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to FRCP 23 and 29 U.S.C. § 216, and on behalf of the general public, | Case No.  C06-05206 MHP<br><br>**STIPULATED REQUEST AND (PROPOSED) ORDER TO EXTEND THE DEADLINE FOR THE PARTIES TO FILE SETTLEMENT DOCUMENTS** |
| Plaintiff, | **[U.S.D.C. N.D. L.R. 6-1(b); 6-2(a); 7-12]** |
| v. | Complaint Filed:  August 24, 2006 |
| RELIABLE TRUCKING, INC., | |
| Defendant. | |

On September 28, 2007, the parties notified the Court that they had agreed to settlement terms and would file the appropriate settlement documents with the Court by October 22, 2007.  On October 23, this Court granted the parties an extension until November 12, 2007.  The parties agreed that counsel for Defendant would prepare the documents.  Due to the press of business, counsel for Defendant has been unable to complete the necessary documents.

This is the second request the parties have made to extend the deadline.  The requested time modification will not affect the case schedule as there are no currently scheduled events.

Accordingly, the parties hereby stipulate to extend the deadline for filing settlement

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATED REQUEST                                      (CASE NO. C06-05206 MHP)

1  papers to from November 12, 2007 to November 28, 2007.

2  IT IS SO STIPULATED:

3

4
       Dated: November 12, 2007                    /s/
5                                          JOHN C. KLOOSTERMAN
                                           LITTLER MENDELSON
6                                          A Professional Corporation
                                           Attorneys for Defendant
7                                          RELIABLE TRUCKING, INC.

8
                                                   /s/
9                                          JASON RABINOWITZ
       Dated: November 12, 2007            BEESON, TAYER & BODINE, APC
10                                         Attorneys for Plaintiffs
                                           JESSE YBARRA, JAIME GUIDO,
11                                         BILL CHIVERS, and DARREN FEDORFF

12

13  PURSUANT TO STIPULATION, IT IS SO ORDERED:   NO FURTHER CONTINUANCES.

14

15  Dated: 11/15/2007

16                                         THE HONORABLE MARILYN HALL PATEL
                                           United States District Judge

17

18                                              IT IS SO ORDERED

19
                                                Judge Marilyn H. Patel
20

21

22

23

24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATED REQUEST                    2.                    (CASE NO. C06-05206 MHP)