1  R. BRIAN DIXON, Bar No. 076247
   JOHN C. KLOOSTERMAN, Bar No. 182625
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA 94108.2693
4  Telephone:  415.433.1940
   Facsimile:   415.399.8490
5  E-mail: bdixon@littler.com
           jkloosterman@littler.com
6
   Attorneys for Defendant
7  RELIABLE TRUCKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to FRCP 23 and 29 U.S.C. § 216, and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>RELIABLE TRUCKING, INC.,<br><br>Defendant. | Case No. C06-05206 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, NOTICE TO CLASS, AND SETTING OF HEARING FOR FINAL APPROVAL<br><br>Date:  January 7, 2008<br>Time:  2:00 p.m.<br>Courtroom: 15<br><br>Judge:  Hon. Marilyn Hall Patel<br><br>Complaint Filed: August 24, 2006 |

The Motion for Preliminary Approval of a Class Action Settlement came before this Court on January 7, 2008, the Honorable Marilyn Hall Patel presiding. The Court having considered the papers submitted in support of the motion of the parties, HEREBY ORDERS THE FOLLOWING:

1. The Court grants preliminary approval of the Settlement and the Settlement Class based upon the terms set forth in the Stipulation Regarding Settlement filed herewith. The Settlement appears to be fair, reasonable, and adequate to the Settlement Class.

2. The Settlement falls within the range of reasonableness and appears to be

**ORDER GRANTING PRELIMINARY APPROVAL** (CASE NO. C06-05206 MHP)

1 presumptively valid, subject only to any objections that may be raised at the final hearing and final
2 approval by this Court.

3     3. A final approval hearing on the question of whether the proposed Settlement,
4 attorneys' fees and costs to Class Counsel and the class representatives' service payments should be
5 finally approved as fair, reasonable and adequate as to the members of the class is scheduled for
6 *May 19*, 2008, at *2:00 p.m.* (Pacific Time).

7     4. The Court approves, as to form and content, the Notice of Pendency of Class
8 Action, Proposed Settlement and Hearing, in substantially the form attached to the Stipulation
9 Regarding Settlement as Exhibit A, and the Request for Exclusion Form, in substantially the form
10 attached thereto as Exhibit B. The Court also approves the procedure for Class Members to object to
11 the Settlement set forth in the Notice of Pendency of Class Action, Proposed Settlement and
12 Hearing.

13     5. The Court directs the mailing of the Notice of Pendency of Class Action,
14 Proposed Settlement and Hearing, and Request for Exclusion Form by first class mail to the Class
15 Members in accordance with the Implementation Schedule set forth below. The Court finds that the
16 dates selected for the mailing and distribution of the Notice and Claim Form, as set forth below in
17 paragraph 8, meet the requirements of due process and provide the best notice practicable under the
18 circumstances and shall constitute due and sufficient notice to all persons entitled thereto.

19     6. The Class is preliminarily certified for settlement purposes only.
20     7. The Court confirms Beeson, Tayer & Bodine, APC as Class Counsel.
21     8. The Court orders the following Implementation Schedule for further
22 proceedings:

| | |
|---|---|
| Deadline to Mail Notice and Exclusion Form | *January 28*, 2008 |
| Deadline to Submit Exclusion Form | [~75 days after mailing] *April 22, 2008* |
| Deadline for Receipt of Objections | *April 27*, 2008 |
| Deadline for Motion(s) for Final Approval | [~15 days before Final Approval Hearing] *May 2, 2008* |
| Final Approval Hearing | [~15 days after Deadline for Receipt of Objections] *May 19, 2008 at 2:00 p.m.* |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

ORDER GRANTING PRELIMINARY
APPROVAL     2.     (CASE NO. C06-05206 MHP)

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

| Deadline for Certification of Completion | Within forty five (45) after the Effective Date as defined in the Settlement Agreement |
|---|---|
| Special Payment to Named Plaintiffs | Within forty five (45) after the Effective Date as defined in the Settlement Agreement |
| Deadline for Paying Class Counsel's Fees/Costs | Within forty five (45) after the Effective Date as defined in the Settlement Agreement |

**IT IS SO ORDERED.**

Dated: Jan 8, 2008

_____
UNITED STATES DISTRICT JUDGE

Approved as to Form:

**CLASS COUNSEL**

BEESON, TAYER & BODINE, APC

Dated:_____

/s/
_____
JASON RABINOWITZ
Attorney for Plaintiffs and Class Counsel

**DEFENDANTS' COUNSEL**

LITTLER MENDELSON PC

Dated:_____

/s/
_____
JOHN C. KLOOSTERMAN
Attorneys for Defendants

ORDER GRANTING PRELIMINARY APPROVAL — 3. — (CASE NO. C06-05206 MHP)