JASON RABINOWITZ, SBN 183822
COSTA KERESTENZIS, SBN 186125
**BEESON, TAYER & BODINE, APC**
520 Capitol Mall, Suite 300
Sacramento, CA  95814
Telephone:  916.325.2100
Facsimile:  916.325.2120
Email:  jrabinowitz@beesontayer.com; ckerestenzis@beesontayer.com

Attorneys for Plaintiffs
JESSE YBARRA, JAIME GUIDO,
BILL CHIVERS, and DARREN FEDORFF

R. BRIAN DIXON, Bar No. 076247
JOHN C. KLOOSTERMAN, Bar No. 182625
**LITTLER MENDELSON**
A Professional Corporation
650 California Street 20th Floor
San Francisco, CA 94108.2693
Telephone:  415.433.1940
Facsimile:  415.399.8490
Email:  bdixon@littler.com; jkloosterman@littler.com

Attorneys for Defendant
RELIABLE TRUCKING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSE YBARRA, JAIME GUIDO, BILL CHIVERS, and DARREN FEDORFF, on their own behalf and on behalf of a class of similarly situated persons pursuant to F.R.C.P. 23 and 29 U.S.C. § 216, and on behalf of the General Public,<br><br>              Plaintiffs,<br><br>     v.<br><br>RELIABLE TRUCKING, INC., a California corporation,<br><br>              Defendant. | Case No. C 06-05206 MHP (ADR)<br><br>**CLASS ACTION**<br><br>**STIPULATION OF THE PARTIES TO CONTINUE DEADLINE TO FILE FINAL APPROVAL PAPERS; [PROPOSED] ORDER**<br><br>Hearing Date:  May 19, 2008<br>Time:             2:00 p.m.<br>Courtroom:     15<br>Judge:             Hon. Marilyn H. Patel<br><br>Complaint Filed:  August 24, 2006 |

**SUBJECT TO APPROVAL OF THIS COURT,** the parties to the above-referenced action, by and through their undersigned attorneys, hereby stipulate and respectfully request that the Court continue the deadline to file the final class action approval papers by three court days to May 7, 2008. The parties contend there is good cause for this request as follows:

This is a class action based on alleged wage and hour violations by Reliable Trucking, Inc. ("Reliable Trucking" or "Defendant"), and was asserted on behalf of all persons employed as Truck Drivers ("Drivers" or "Class Members") during the class period. After lengthy settlement discussions and discovery, a settlement was reached.

A Preliminary Order Granting Approval of Settlement was entered on January 10, 2008. Since then the parties have complied with the time limits established in the Preliminary Order Granting Approval of Settlement. Notice and exclusion forms were mailed to over 450 Class Members on or before the January 28, 2008 deadline.

Only four (4) exclusion forms were received from Class Members by the April 22, 2008 deadline. Additionally, the deadline for receipt of objections, April 22, 2008, has passed and no objections have been filed or received. Based on these facts, the parties are seeking final approval of the settlement, and approval of the agreed upon attorney fees and class representative enhancements.

However, prior to finalizing the Joint Motion for Approval and Motion for Attorney Fees and Class Representative Enhancements, the parties have been working on finalizing a spreadsheet setting forth each Class member who is entitled to a payout/ratification bonus per the parties' agreement and the amount of the payout, so that the Court can review that information, and additionally, so that there are no issues following final approval.

Accordingly, based on the above, the parties are seeking a short continuance to May 7, 2008 in order to finalize the spreadsheet and related final approval papers.

///

///

///

///

///

2

Joint Stipulation to Continue Deadline to File Final Approval Papers
Case No. C 06-05206 MHP (ADR)                                                                                          050708 stipulation.doc

1  Dated:  May 2, 2008                                   BEESON, TAYER & BODINE, APC

                                                         By:    /s/
                                                            COSTA KERESTENZIS
                                                         Attorneys for JESSE YBARRA, JAIME
                                                         GUIDO, BILL CHIVERS, and DARREN
                                                         FEDORFF

7  Dated:  May 2, 2008                                   LITTLER MENDELSON, APC

                                                         By:    /s/
                                                            JOHN C. KLOOSTERMAN
                                                         Attorneys for Defendant RELIABLE
                                                         TRUCKING, INC.

16 IT IS SO ORDERED

   Dated: __5/5/2008_____           _____
                                                         Judge Marilyn H. Patel

**IT IS SO ORDERED**
*(signed)* Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA